IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY J. McCLOUD,
        Plaintiff,                  No. CIV S-09-0284 GGH P

    vs.

SOLANO COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.          ORDER
_____/

       Plaintiff is a pretrial detainee proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. By concurrent Order plaintiff's claims against three other defendants were dismissed with leave to file a second amended complaint.

       Plaintiff's complaint states a cognizable claim for relief against Classification Officer Pereda, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendants: Classification Officer Pereda.

       2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

1  an instruction sheet and a copy of the complaint filed April 1, 2009.
2           3. Within thirty days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission of Documents and submit the following documents to the court:
4           a. The completed Notice of Submission of Documents;
5           b. One completed summons;
6           c. One completed USM-285 form for each defendant listed in number 1
7           above; and
8           d. Two (2) copies of the endorsed complaint filed April 1, 2009.
9           4. Plaintiff need not attempt service on defendants and need not request waiver of
10 service.  Upon receipt of the above-described documents, the court will direct the United States
11 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
12 without payment of costs.
13 DATED: August 20, 2009                    /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

GGH:AB
mccl0284.srv

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY J. McCLOUD,

       Plaintiff,                No. CIV S-09-0284 GGH P

  vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

       Defendants.            NOTICE OF SUBMISSION OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __1__     completed USM-285 forms

      __2__     copies of the __April 1, 2009__ Amended Complaint

DATED:

_____
Plaintiff