IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY J. McCLOUD,

    Plaintiff,                           No. CIV S-09-0284 GGH

    vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.                      ORDER

_____/

        On March 2, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket 36). By an order filed August 20, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED: November 3, 2009

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

GGH:035
mccl0284.fusm

1