IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY J. McCLOUD,

        Plaintiff,                   No. CIV S-09-0284 GGH P

    vs.

SOLANO COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.             ORDER

_____/

        On August 20, 2009, (dockets 10 & 11) service was deemed appropriate for one defendant and the remaining defendants were dismissed and plaintiff was granted leave to file a second amended complaint. The undersigned dismissed this case[1] without prejudice on November 3, 2009, (docket 13) as plaintiff had failed to complete and return to the court the USM-285 forms necessary to effect service or file a second amended complaint.

        On October 27, 2009,[2] plaintiff filed a motion (docket 12) to correct the name of

---

[1] On March 2, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket 6).

[2] The undersigned was not aware of this filing until after the dismissal order was docketed.

1

the sole defendant Pereda to Pereda Jr.  However, plaintiff did not state why he has failed to timely file the service forms nor did plaintiff request an extension to file the forms.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Should plaintiff choose to proceed with this action he must file a motion to reopen the case pursuant to Fed. R. Civ. P. 60(b) and the motion must include the proper service forms.

DATED:   November 19, 2009

        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH:AB
mccl0284.ord