**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendant
OFFICER PEREDA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKY JAY McCLOUD, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOLANO COUNTY SHERIFF'S DEPT. CUST. DIV.; OFFICER PEREDA, SGT'S CAMERON & SANDS & LT. MARSH,<br><br>　　　　　Defendants. | CASE NO: 2:09-CV-0284 GGH P<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

The parties to this action, plaintiff RICKY McCLOUD, in pro per, and defendant PEREDA, by and through his attorney of record, stipulate to the dismissal of this case, with prejudice. Each side to bear its own costs and attorneys fees.

Dated: 9/28/10                    /s/ "Ricky McCloud" (original signature retained by counsel)
                                                RICKY McCLOUD, plaintiff

Dated: 10/21/10                  WILLIAMS & ASSOCIATES

                                        By:/s/ Kathleen J. Williams
                                                KATHLEEN J. WILLIAMS, CSB 127021
                                                Attorneys for defendant PEREDA

**IT IS SO ORDERED.**

Dated: October 26, 2010        /s/ Gregory G. Hollows
                                                U.S. MAGISTRATE JUDGE

mccl0284.dism